NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1266

STATE OF LOUISIANA

VERSUS

GERALD GLEN LEONE

**********
APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 56782
HONORABLE ROBERT EDWARD BURGESS, DISTRICT JUDGE
**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Jimmie C. Peters, and Billy Howard Ezell, Judges.

AFFIRMED.

Hon. Don M. Burkett
District Attorney
P. O. Box 432
Mansfield, LA 71052-0432
(318) 872-2291
Counsel for: Plaintiff/Appellee
    State of Louisiana

G. Paul Marx
Attorney at Law
P. O. Box 82389
Lafayette, LA 70598-2389
(337) 237-2537
Counsel for: Defendant/Appellant
    Gerald Glen Leone

**Gerald Glen Leone**
**Sabine Par Det Center**
**384 Detention Center Road**
**Many, LA 71449-3702**
**(000) 000-0000**
**Counsel for: Defendant/Appellant**
     **Gerald Glen Leone**